IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTLEY GOODWIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 25-5858 |

**ORDER**

**AND NOW**, this 30th day of September 2026, upon consideration of the Motion to Dismiss filed by Defendants City of Philadelphia and Philadelphia Police Officers Lawrence Nuble, Christopher Evanson, Donato, and Weiss[1] on November 4, 2025 (Doc. No. 10); the Motion to Dismiss filed by Defendants Southeastern Transportation Authority, bus driver Devon Knox, and transit Police Officers Ty Castellano, Patrick Shields, Kevin Warg, and Neil Larson on November 4, 2025 (Doc. No. 11); and the Motion to Dismiss filed by Defendants Attorneys Does No. 1-3[2], James Gregore, Esquire and Cordell Spires, Esquire on January 20, 2026 (Doc. No. 28), in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that the Motions to Dismiss are **GRANTED** in part and **DENIED** in part. Counts I – IX, with the

[1] The first names of Donato and Weiss are not given in the Complaint.

[2] Plaintiff names three Doe Defendants but only uses two numbers: "Doe No. 1, Esquire"; "Doe No. 2, Esquire"; and "Doe No. 2, Esquire." The Court will construe the Complaint to assert claims against three Doe Defendants. (See Doc. No. 1 at 1)

exception of the Section 1983 claim in Count I as to Defendant Devon Knox and with the exception of the Section 1983 claims in Counts III and V as to Defendant Christopher Evanson, are **DISMISSED**. In addition, Plaintiff is granted leave to amend his Complaint because the Court cannot find upon review of the Complaint that amendments to Counts I – V and VII – IX would be futile. The claims in Count VI, which are barred by the statute of limitations, cannot be amended and are **DISMISSED** as claims in this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.